# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * <br> **MONTE JAY MOYER,** <br>           **Plaintiff,** <br>      v. <br> **UNITED STATES,** <br>           **Defendant.** <br> * * * * * * * * * * * * * * * * * * | * <br> * <br> * <br> * <br> * <br> *   No. 14-4247L <br> *   Filed: May 3, 2016 <br> * <br> * <br> * <br> * <br> * |

## O R D E R

      On April 26, 2016, the court granted in part defendant's cross-motion for partial summary judgment in the case of Richard K. Phipps, et al. v. United States, Case No. 14-424L.  As a result of the court's decision, certain plaintiffs' claims in the case of Richard K. Phipps, et al. v. United States, Case No. 14-424L have been dismissed, including the above-captioned plaintiff. The claims associated with parcel identification number 420420014000000, of the above-captioned plaintiff, are, hereby, **SEVERED** from the case of Richard K. Phipps, et al. v. United States, Case No. 14-424L, and shall be reorganized, for case management purposes, into the above-captioned case, Monte Jay Moyer v. United States and assigned Case No. 14-4247L. The court **DISMISSES**, with prejudice, the claims of Monte Jay Moyer associated with parcel identification number 420420014000000.  As there is no just reason for delay, the Clerk's Office shall enter immediate **JUDGMENT** consistent with this Order, pursuant to RCFC 54(b).  As the Order disposes of all properties of the named plaintiff, Case No. 14-4247L shall be **CLOSED**. Neither the dismissal of the claims of the plaintiff herein nor the entry of judgment by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiffs and properties in the case of Richard K. Phipps, et al. v. United States, Case No. 14-424L

      **IT IS SO ORDERED**.

                                                                s/Marian Blank Horn <br>
                                                **MARIAN BLANK HORN** <br>
                                                         **Judge**